Noah Joe Gleason
Name

2150 E 25th terr. D

Lawrence, KS. 66046
Address

FILED
FEB 06 2024
Clerk, U.S. District Court
By: N. Coop Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Noah Joe Gleasn, Plantiff
(Full Name)

V.

Jeff Zmuda, Kansas Dept, Defendant(s)
of Corrections, et;al.

CASE NO. 24-4013
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Noah Joe Gleason, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at 2150 E 25th terr. D Lawrence KS 66046
                            (Mailing address or place

   of confinement.)

2) Defendant Jeff Zmuda, KDOC, et;al. is a citizen of
              (Name of first defendant)

   Kansas- 714 SW Jackson St, Topeka, KS 66603, and is employed as
   (City, State)

   Secretary of Corrections                                . At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

I was in custody of Secretary of Kansas Dept of Corrections in the State

of Kansas

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                              1

3) Defendant _____ is a citizen of
   (Name of second defendant)

   _____, and is employed as
   (City, state)

   _____. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   While I was in custody of the Secretary I was denied proper medical treatment to remove a blood filter from my body that caused pain and mental anguish for years. I was denied treatment of physical therapy on my shoulder to regain range of motion in my right arm without pain. I was placed in custody of the Secretary with full medical records that described the extent of my injuries and disabilities and was placed in accessible housing while incarcerated but my medical treatment was met with deliberate indifference causing both physical and mental suffering

2

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: My right to protection from cruel and unusual punishment under the Eighth Amendment to the U.S. Constitution, and protected through State of Kansas K.S.A. 75-5210, was denied by the Defendants

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I was placed in Defendants custody in 2002 with a blood filter in my body from a serious motorcycle accident in 1999 that left me with permanent disabilities. I informed KDOC intake and my first counselor, Mr Williams HCF, provided them, aswell as KDOC medical clinic with extensive medical records. I was placed on no work, and high medical level status as KDOC terms it. I told KDOC staff and medical clinic staff that the filter needed to be removed, and it was going to be removed in fall of 2002 but, was not due to my incarceration. The KDOC medical clinic at HCF, then in 2004 at LCF, Dr. Hoang, said that they would send to KU Med. center to remove it but never did. Every time I brought it to them (my counselor and KDOC medical) they just said it would be done. I

3

XE-2 8/82  CIVIL RIGHTS COMPLAINT §1983

sent form-9 request and submitted a grievance (both KDOC standard procedure) however, never would receive a response. (In my KDOC inmate records)

I tried to push at the clinic when I went but was met with the same "we'll put you in for it." (In my KDOC medical records)

I started to experience pains near where the filter was located in my chest around 2011 and informed KDOC staff and clinic. No action was taken.

The pain continued as I informed KDOC staff and clinic when it would alarm me, and in 2013, (Dr Saffo KDOC clinic) did a EKG on me but, no X-ray.

Dr Saffo said that I would be put in to have the filter removed. Again, nothing was ever done. By 2017, the pain was coming more often and stronger so I informed my counselor (Mr Parks assistant) and the LCF clinic and was seen by (not sure of name: Dr Monfort? English lady) and she did an X-ray but said there was nothing to compare it with because they did not obtain X-rays from KU Med center where it was put in, so could not say if it moved or if it caused the pain but, would put me in to have it removed. However, instead, the KDOC transferred me from LCF to Oswego, and I had to start the whole process over, again, being told that I would have to be transferred to another KDOC facility because Oswego did not have a hospital and they would put me in to have the filter removed. Held at KDOC Oswego from 2017 until I learned I would be released in 2022, again, I tried to get KDOC to remove the blood filter so I would not be in pain and without means upon release, but KDOC personel delayed the process, then stated it was too close to my release and I would have to go to a cardiologist when released because after they left it in so long there may be complications. KDOC released me without medical care coverage and still in pain, in June 2022.

3.

(letter stating it was too late and I would have to see a cardiologist is in my KDOC medical record 2022).

The KDOC staff had full knowledge from my incarceration that I had existing medical problems, that were disclosed through records, the way I was housed, and that I had prevailed in a legal action against Jefferson County, KS. Sheriff, for their disregard of my disability, because (Kendra Drybread) my counselor, and (Tabor Madill) assistant to LCF warden Mckune, sat in on the hearings I had with Judge Waxse.

The KDOC knew medical care for inmate's was substandard for a long time and gave media such as the Topeka Capatol news paper information that was published regarding the poor quality, and lack of care for inmate's in KDOC custody that resulted in conflict between KDOC and their medical staff.

I was treated with deliberate indifference to my medical needs and did not receive "commensurate with community standard" care by KDOC., in that, upon my release I signed up for medicade, which is the lowest standard of care in the community, and was immediately seen, x-rayed, and the blood filter was removed at KU medical center.

Since it was removed in 2022 I have not experienced any more pain.

B) (1) Count II: <u>My right to protection from cruel and unusual punishment under the Eighth Amendment to the U.S. Constitution, and protected by the State of Kansas K.S.A. 75-5210, was denied by the Defendants</u>

(2) Supporting Facts: I suffer years of emotional distress due to the Defendants deliberate indifference to my worry and stress over the blood filter left in my body and the possibility that it could come apart in my blood stream, move causing blockage, or get embedded from being in

3.

my blood stream, move causing blockage, cause stroke, or get embedded from being in my vein too long, especially, my knowing it should have been removed in 2002, and was going to be until I was in Defendants custody, as well, having the knowledge that the blood filters were known to have failure problems cuasing injury and death.

I lived with worry and anguish for years in fear it would cause me injury or death, and it became so bad if I had a pain anywhere in my chest area I would nearly panic. The panic would somrtimes hit me in my sleep and to this day, even after I've had it remove, it went on for so long I will still wake with the panic feeling.

The Defendants had me in their custody from 2002-2022, had knowledge of my medical condition, had knowledge of poor medical care in KDOC, had knowledge that I recovered damages from mistreatment by Jefferson County Kansas Sheriff Office (disability) based claims, had knowledge of my complaint that I was not being treated "commensurate with community standards", and could have prevented the cruel and unusal punishment I suffered from mental stress and anguish, not being able to do anything myself, relying solely on Defendants for care.

C) (1) Count III: <u>My right to protection from cruel and unusal punishment under the Eighth Amendment to U.S. Constitution, and protected under the State of Kansas K.S.A. 75-5210, was denied by the Defendants</u>

(2) Supporting Facts: I suffered years of pain and limited range in my right arm because the Defendants refused to provide physical theropy for my shoulder injury suffered prior to my being in Defendant custody from 2002-2022. I requested physical theropy because my shoulder was

3

broken in 1999 and had permanent damage after it healed that resulted in a need for physical theropy to regain full range and function, as I was informed at the time of the accident by KU Medical center doctors could be the case. However, when I requested physical theropy at KDOC clinic Dr Saffo, and Dr Monford LCF) I was told, flatly, no physical theropy was available as part of KDOC health service, so I would have to go without treatment. I told my counselor (Ms Peavler) and she just replied that was not surprising.

 I was not treated with the lowest of community standard of care by KDOC according to Medicade's minimum standards of sending me to have a reverse shoulder operation after my release from KDOC and the shoulder has had physical theropy from March 1, 2023 through present, and has not fully recovered due to the neglect and delibirate indifference I experienced by KDOC staff concerning my health.

ATTACHMENTS HERETO= 7 Documents in support of the above.

3

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [x] No [ ]. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit. describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: __Noah Gleason  (Appointed counsel: Aaron Kroll)__

   Defendants: __Roy Dunaway, Jefferson County Sheriff__

   b) Name of court and docket number __U.S. District Court Kansas (filed in 2003) Case No. 03 CV 3256  (Hon. David Waxse)__

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __Defendant's settled case in 2005 rather than a trial__

   d) Issues raised __Failure to comply with disability needs, and using disability as leverage in punishment.__

4

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

**ATTACHMENTS:**   Doc: 1. Part of my KDOC medical record.
                   Doc: 2. KDOC medical classification of me from start.
                   Doc: 3. Grievance (example of multiple) response.
                   Doc: 4. Interdepartmental Memo (finding of fact)
                   Doc: 5. Referraal to cardiologist.
                   Doc: 6. Prep for filter removal.
                   Doc: 7. Shoulder replacement.

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [x] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I made many, many, request related to KDOC staff for removal of the blood filter through F-9 and medical request, however, nearly all went unresponed too, until I was close to release, and was flatly refused treatment for my shoulder.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

punitive and compensatory damages for delibirate indifference causing physical pain and mental stress should be a sum equal to that suffering, if possible. Therefore= Three Million Dollars.

_____  _____
Signature of Attorney (if any)      Signature of Petitioner

2150 E 25th Terr. D

Lawrence, KS   66046

(785) 766-9614

(Attorney's full address and telephone number)