

**Doc: 1**

**UNIVERSITY OF KANSAS HOSPITAL**
3901 Rainbow Blvd.
Kansas City, Kansas 66160-7280

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | GLEASON, NOAH J | **MR#/PT#:** | 8910565/23037542 |
| **ADMITTED:** | 05/18/99 | **DISCHARGED:** | 06/04/99 |
| **ATTENDING STAFF PHYSICIAN:** | Ed W. Childs, M.D. | **ROOM #:** | -- |
| **RESIDENT:** | Thomas Ceballos, M.D. | | |

**REASON FOR HOSPITALIZATION:** Motor vehicle accident

**HISTORY OF PRESENT ILLNESS:** The patient is a 39-year-old man who was involved in a motorcycle/motor vehicle accident. The patient initially presented to Lawrence Memorial Hospital and was transferred to KUMC for definitive care of his injuries. The patient was noted to be helmeted during the accident. He was diagnosed at Lawrence Memorial as having closed head injury, pelvic fracture and right ulnar fracture. The patient initially was positive for loss of consciousness with a GCS of 11. GCS at time of presentation to KUMC Emergency Room was 14-15. The patient's exam was remarkable for tender lumbar spine, abdomen was soft, the right arm was neurovascularly intact.

**HOSPITAL COURSE:** The patient was admitted through the Emergency Room and received the following workup - CT of the head for closed head injury, CT of the abdomen and pelvis to rule out intra-abdominal injury, and an Orthopedics consult was obtained for his pelvic and ulnar fractures. Also, a full spinal series was ordered and the patient was admitted to the Surgical ICU immediately following his workup in Radiology. Impression of the orthopedic surgeon was that there was a right ulnar fracture present and fracture at the left distal radius, pelvic and superior pubic rami fractures, and the patient was also complaining of right shoulder pain, so a film of the right upper extremity was also obtained. This film was positive for a fracture of the humerus at the surgical neck. Head CT was negative. CT of the abdomen and pelvis was negative, but spinal films revealed a compression fracture at the level of T9. A Neurosurgical consult was obtained and their plan was to place the patient in a TLSO brace until stable and able to be taken to the Operating Room for fusion and instrumentation of the thoracic spine. The patient had an unremarkable Surgical ICU course, he was medically stable and was able to be transferred to the Surgery floor on post injury day one. The patient was begun on occupational and physical therapy, but these were held until the spine could be cleared. The patient was taken to the Operating Room on the 21st of May, and he underwent two procedures. The first was placement of a Greenfield filter as DVT prophylaxis and the patient was at risk for DVT because of his multiple extremity fractures and pelvic fractures. He also underwent an intraoperative reduction of fracture at T9 with a T6-11 thoracic spinal fusion and instrumentation. He tolerated these procedures well and without complication. He was returned to the Trauma floor and continued to have an unremarkable hospital course. The patient was declared non-weightbearing on the bilateral upper extremities and lower extremities secondary to his fractures. As a result the patient was unable to participate fully in physical therapy and it was felt that he was not a candidate for rehabilitation. A Rehab consult was obtained that recommended PT/OT once the spine was cleared by Neurosurgery for range of motion and bed exercises within his weightbearing restrictions. They also recommended starting a bowel regimen for the patient consisting of 30 cc of Milk of Magnesia q.d. p.o. and q.o.d. Dulcolax p.r. It was also their recommendation that the patient was not appropriate for inpatient rehab since he was non-weightbearing times all four extremities and so the decision was made to attempt to place the patient in a skilled nursing

CHART COPY

CASE SUMMARY



**UNIVERSITY OF KANSAS HOSPITAL**
3901 Rainbow Blvd.
Kansas City, Kansas 66160-7280

PATIENT NAME:                    GLEASON, NOAH J

MEDICAL RECORD NUMBER:        8910565

facility until his healing allowed a change in his weightbearing status at which time he could go to an inpatient rehab service. The patient was taken to the Operating Room by the Orthopedic Service where he underwent plating of the left distal radius fracture. The patient tolerated the procedure well and without complication. The patient was returned to the Trauma Service floor following his procedure. To treat the right humeral fracture, it was decided to place the patient in a sling and to treat his ulnar fracture a short-arm cast was placed to the right upper extremity. The patient continued to have an unremarkable postoperative course and once the Neurosurgery Service had approved the institution of oral anticoagulants, the patient was begun on Coumadin. On the day prior to discharge the patient had achieved an INR of 1.7 and was being maintained on a dose of 5 mg of Coumadin p.o. q.d. By June 04, 1999, the patient was medically stable for discharge to a non-acute setting.

FINAL DIAGNOSIS:         Motorcycle/motor vehicle accident.
                         Fracture of the thoracic spine at the level of
                         thoracic vertebra nine.
                         Right humerus fracture.
                         Right ulna fracture.
                         Left radius fracture.
                         Multiple pelvic fractures.
                         Closed head injury.
                         Multiple abrasions.

OPERATIONS AND PROCEDURES:
                         Thoracic fusion with instrumentation.
                         Placement of Greenfield filter.
                         Plating of left radius fracture.
                         Placement of a right radial arterial line.

INSTRUCTIONS AND DISPOSITION: Discharge instructions included return to clinic with Trauma Critical Care, Orthopedics and Neurosurgery in two to three weeks following discharge. Activity - non-weightbearing on the right upper extremity, left upper extremity, right lower extremity and left lower extremity. The patient is not on spinal precautions and PT/OT are requested for range of motion and bed exercises within the weightbearing restrictions. Diet - regular. Self-care supplies - the patient will need sterile gauze dressing--dry sterile gauze dressing applied to the suture line on his back each day until the suture is discontinued. The suture needs to be removed on Tuesday, June 07, 1999, and covered with Steri-Strips and tincture of Benzoin. This may be performed by the local M.D. He is to keep his right arm in a sling. He is to have a condom catheter placed to dependent drainage and he was given the following discharge medications - oxycodone 5-10 mg p.o. q.6h. p.r.n.



Page 2

**UNIVERSITY OF KANSAS HOSPITAL**
**3901 Rainbow Blvd.**
**Kansas City, Kansas 66160-7280**

PATIENT NAME:               GLEASON, NOAH J

MEDICAL RECORD NUMBER:      8910565

pain; OxyContin 60 mg p.o. b.i.d.; Coumadin 5 mg p.o. q.d.; lisinopril 10
mg p.o. q.d.; Colace 100 mg p.o. b.i.d.; Dulcolax one/rectum q.o.d.;
Propulsid 10 mg p.o. at a.c. and q. h.s.; Prevacid 30 mg p.o. q.d. on an
empty stomach; Thiamine 100 mg p.o. q.d.; folic acid 1 mg p.o. q.d.; and
multivitamin one p.o. q.d.  Note, the patient has no known drug allergies.


_____
Ed W. Childs, M.D.
Attending Staff Physician

(This report will become an official part of the medical record when
reviewed and AUTHENTICATED by the attending physician.)

Thomas Ceballos, M.D. / 01020
D:  06/03/99   23:39
T:  06/03/99   23:54
08717/p

cc: Thomas Ceballos, M.D.
    Ed W. Childs, M.D.

**CHART COPY**

**CASE SUMMARY**

**KUMC 0003**