**Correct Care Solutions**
## Kansas Department of Corrections
### Medical Classification Report
### Pulhex

Doc: 2

Page # 1
KDOC#: 75630

**Inmate Name:** GLEASON, NOAH   J.
**Birth Date:** 10/21/1959
**Evaluation Date:** 11/23/2004

**Sex:** male
**Time:** 9:03 AM

**Race:** Caucasian
**Location:** Lansing Corr. Fac.-Medium

## Part I

| P | U | L | H | E | | X |
|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 1 | 1 | M- | 2 |

HX OF CHRONIC BACK PAIN
Comments:  NO LAWN / WEED / SNOW CREW
NO STAIRS CLIMBING. NO MACHINARY OPERATIVE WORK
RECOMMENDATION OF LIGHT DUTY JOB
**Patient is to be placed on bottom bunk only.**

## Part II

*Limitations: (Denote specific physical activities which should be restricted.)  See Physical Limitations Termination

**Limitation Terminology:**

Restrict assignment requiring prolonged crawling, stooping, running, walking or standing

Restrict assignment requiring strenuous physical activity for periods in excess of 1 hrs.

Restrict assignment requiring handling/lifting heavy materials in excess of 10 lbs. or  requiring overhead work for a period in excess of

Restrict assignment where sudden loss of consciousness would be dangerous to self or others ie: working on scaffolding, driving a vehicle, or working near moving machinery.

*Assignment limits not otherwise described herein will be noted as required by specific debility.

**Medical Applications:**

Vascular insufficiency, low back pathology/arthritis, orthopedic problems of lower extremities.

Arthritis, musculoskeletal disorder; or other orthopedic problems of the upper extremities with restricted motion.  Cervical disc disease. Recurrent shoulder dislocation.

Epileptic disorder cerebral dysrhythmia of any type; other disorders producing syncopal attack: or severe vertigo, such as meniere's syndrom

*Any significant functional assignment limitation not specifically identified elsewhere. This would   include physical conditions which may b inherent in any mental illness or mental retardation.

**Examined by:**

Ky Hoang MD

11/23/2004
**Date**