Doc: 3

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date:   JUN - 3 2022

To:   Gleason, Noah #75630 OCF

Subject:  Grievance dated 5/12/22, CE22649

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by L. Broadie, Centurion is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc:  file
     Offender
     CMI A. Rion
     L. Broadie, Centurion

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

**RECEIVED MAY 16 2022 EDCF-SE[]**

Inmate's Name: Gleason, Noah
Number: 75630
Facility: OCF
Housing Unit: 149
Work Detail: Y.P.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I've had an IVF blood filter since 1999, and it was supposed to be removed years ago because there life span is limited and can be dangerous if left in. In 2017, KDOC, HCP, told me that they were going to get it removed at KU Med. center in KC, where it was placed in me. However, at that time I was at LCF, in July 2017, and instead of taking me to KU before, I was transferred to OCF in November 2017. I've brought this up at my yearly check up, without results. In October 2021, at my check-up, the HCP said I would be sent to KU to get (filter) out but, after not hearing for five months, I asked the HCP again, and was told they were going to resubmit request because there was no response. Again, on May 3, 2022 I sent a request after another three months. It was returned May 4, 2022, stating there was NO RESPONSE. I leave KDOC in June 2022, and this needs completed before that!

Date this report was given to Unit Team for informal resolution (to be completed by inmate). MAY 12, 2022

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Response Attached:

_____  _____
Unit Team Signature           Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

✓ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 05-17-2022

Inmate Signature: (signed)
Date: 5-17-22

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: MAY 27 2022    Date of Final Answer: JUN - 3 2022    Date Returned to Inmate: _____

_____  _____    _____  _____
Inmate's Signature            Date            Unit Team Signature           Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: CE22649
Type of Complaint (Item 4: Code 01-75): 02

RECEIVED MAY 27 2022



6220 SW 29th Street
Suite 200
Topeka, Kansas 66614

May 16, 2022

Gleason #75630

The request has been submitted to the Centurion Regional Office for evaluation and possible removal of said device. We are waiting for approval before we can schedule you with a vascular surgeon at KU medical center but once the approval has been received then the appointment will be scheduled. You will be notified when we have more information.

Sincerely,
L. Broadie, RN
Centurion Medical Staff

1-833-996-2234    CenturionManagedCare.com