# EL DORADO CORRECTIONAL FACILITY-SEU
## CENTURION

Doc: 4

### INTERDEPARTMENTAL MEMORANDUM

**DATE:** 3 June 2022

**SUBJECT:** Grievance
**INMATE:** Noah Gleason #75630
**FROM:** Sarah Madgwick, LCMFT Health Services Administrator

**NATURE OF COMPLAINT:** Mr. Gleason complains he has had a medical device, (IVF) blood filter since 1999. Mr. Gleason complains he discussed having the IVF removed when he was at LCF in 2017 and that it was approved. Mr. Gleason complains he was moved from LCF to OCF before the device could be removed at KU Med Center. Mr. Gleason complains he has asked to have the device removed at each annual health assessments he has had.

**FINDING OF FACT:** Mr. Gleason has reported the device being present in several encounters. Per file review, minimal discussion was had regarding the device prior to him moving to OCF. Per file review, minimal discussion was had regarding the device in any of the annual health assessments. A recommendation was submitted for removal of the device on 5.5.22. On 5.18.22, the recommendation was denied and it was recommended the HCP submit a Rubicon consult to vascular surgery to determine if filter removal is appropriate. Mr. Gleason is scheduled to release by 6.15.22.

**CONCLUSIONS MADE:** Mr. Gleason may be a candidate for removal of the device. However, a consult with vascular surgeon will not be able to be scheduled and completed prior to his release. Mr. Gleason will need to follow up with a provider in the community upon his release.

**ACTION TAKEN:** None.

_Sarah Madgwick, LCMFT – Health Services Administrator EDCF_

ATTACHED TO: GLEASON, NOAH J. #0075630; PERSONAL INJURY CLAIM; JUNE 3, 2022.

in high blood pressure and stress on my heart beyond normal. The health service administrator, Sarah Madgwick, admits in her June 3, 2022 response to my grievance that KDOC HCP have known all along, in fact, they were provided a detailed medical record from KU medical center with the scope of my medical disabilities and the instrumentation and device in my body, that is in my KDOC HCP medical records and has been from starting my incarceration.

KDOC HCP can not merely state that they knew about the device all along and had discussed it multiple times over the years but did nothing when this could have been done without putting me at greater risk of a far more dangerous and possibly fatal position.

I've <u>attached</u> a copy of KDOC HCP response to my May 12, 2022 grievance to this injury claim form. It is absolutely unacceptable:

1. I this issue and means to address it when I came to KDOC custody and was denied treatment from day one.
2. KDOC HCP knew, or should have known that the device needed to be removed safely within a few years of placement, but failed to do so.
3. Now, KDOC HCP says Mr. Gleason is being released and they don't have time to address it.
4. KDOC HCP says Mr. Gleason will need follow up with a vascular surgeon after release.
5. I had means for this but do not have after being incarcerated for so long, so how does the KDOC and HCP expect me to pay for it now.
6. It is far more dangerous now than if KDOC HCP provided timely care.
7. There has been far more stress on my heart than normal due to **negligents**.
8. The KDOC staff stated, I could not use my health care, I had to rely on KDOC HCP. KDOC is responsible for this **negligents** by their provider.

AUTHORIZED RELEASE FOR MEDICAL RECORDS

I, Noah J. Gleason, herein agree to release "all and complete" medical records held by KDOC HCP and that may effect KDOC administrative staff and/or KDOC legal counsel ability to review those records and make an informed conclusion and determination in this matter.

_____
Authorized Signature

Signed and sworn before me on the ___6___ day of ___June___, 2022,

in the County of Labette, State of Kansas, my commission expires on:

___3-31-26___, Seal:


NOTARY PUBLIC - State of Kansas
ROBERT A. BRILL
My Appt Expires 3/31/26

_____
Notary Public Signature

Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

## Section I

| Filed AT Facility No.: KDOC #68 | Facility Initials: OCF:Oswego |
|---|---|
| Filed AGAINST Facility No.: KDOC | Facility Initials: RDU, HCF, LCF, OCF. |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): GLEASON, NOAH J. | KDOC Number 0075630 |
|---|---|

Type of Claim (circle one): Lost Property   Damaged Property   Injury **XX**

Amount of Claim: $1,000,000   Date of Loss Damage, or Injury (MO/DAY/YR): June 3, 2022

Where Loss, Damage, or Injury Occurred: During incarceration from Sept, 2002 through 2022.

If occurred in cellhouse, enter cellhouse/room number: At all KDOC clinic/HCP I've seen.

Otherwise, circle one of the following:   Mailroom   R&D   Central Property
Laundry   Gym   Dining Room
Other Location **XX**

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): I had an (IVF) blood filter in 1999. I came to KDOC in Sept. 2002. I told KDOC HCP that the filter was to be removed in Oct. 2002, and I had the appointment and insurance to do it already planned through my nurse/wife. The HCP told me they would not permit that but, they would provide me the care to get it done. I brought it up many, many times to nurse's, Dr. Hoang, Dr. Saffo, Dr. Mumford, all at LCF, and to two NP's and Dr. Harrod at OCF. HCP/medical told me from the start it would be removed, even going so far to tell me several times it was being sceduled for 20 yrs. now. However, they didn't, and now the filter, which can be dangerous anyway, is way past its life span, embedded in me, restricting blood flow resulting

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: *[signed] Noah Gleason*   Date: June 6, 2022

Received from Resident/Claimant:   Date:   Time:

UT Name (print):   UT Signature:   Claimant Initials:

## Section II

Received by Warden/Superintendent on (MO/DAY/YR):   Facility Log No. Assigned:

Inquiry Report:

Date (MO/DAY/YR):   Investigator Name (print):   UT Member or Investigator Signature:

## Section III

From: Noah J Gleason
     2712 University Dr.
     Lawrence, KS. 66049

Date: June 6, 2022

To: KDOC Administartive Operations,
    1. EDCF Warden Williams
    2. Sec. Jeff Zmuda 714 SW Jackson Ste. 300 Topeka, KS. 66603

RE: Enclosed personal injury claim; Grievance; Address change.

Dear Sirs:

  I've enclosed my grievance initiated May 12, 2022, against KDOC HCP, along with the Service Administrator, Sarah Madgwick's June 3, 2022 response.

  I've enclosed a copy of my injury claim as well.

  **Please note:** I have been released an request that all correspondence to address this issue be directed to me at:

                Noah Gleason
                2712 University Dr.
                Lawrence, KS. 66049


I appreciate your cooperation and prompt response.

                Respectfully,
                */s/ Noah Gleason*
                Noah Gleason

cover letter