

**LMH Health** — Lawrence Memorial Hospital
325 Maine Street
Lawrence, KS 66044-

Doc: 7

## Order Detail

| Order: **Shldr Arthroplasty-Total Reverse** | | | |
|---|---|---|---|
| Order Start Date/Time: 3/1/2023 07:00 CST | | | |
| Order Date/Time: 12/9/2022 11:51 CST | | | |
| Order Status: Ordered | Department Status: Ordered | Catalog Type: Surgery | Activity Type: Surgery |
| End-state Date/Time: 3/1/2023 07:00 CST | | End-state Reason: | |
| Ordering Physician: | | Consulting Physician: | |
| Entered By: REGALADO, CARMEN on 12/9/2022 11:51 CST | | | |
| Order Details: Stull, Douglass MD, Primary Procedure, Choice, 120, 30, Right, Concurrent Indicator, No, Arthroplasty, glenohumeral joint; total shoulder (glenoid and proximal humeral replacement (eg, total shoulder)), 23472, 3/1/23 7:00:00 AM CST | | | |
| Order Comment: | | | |
| Action Type: Modify | Action Date/Time: 12/28/2022 13:47 CST | Action Personnel: REGALADO, CARMEN | |
| Responsible Provider: | Supervising Provider: | Communication Type: | |
| Order Details: Stull, Douglass MD, Primary Procedure, Choice, 120, 30, Right, Concurrent Indicator, No, Arthroplasty, glenohumeral joint; total shoulder (glenoid and proximal humeral replacement (eg, total shoulder)), 23472, 03/01/23 7:00:00 CST | | | |
| Review Information: | | | |
| Doctor Cosign: Not Required | | | |
| Order Comment: | | | |
| Action Type: Order | Action Date/Time: 12/9/2022 11:51 CST | Action Personnel: REGALADO, CARMEN | |
| Responsible Provider: | Supervising Provider: | Communication Type: | |
| Order Details: Stull, Douglass MD, Primary Procedure, Choice, 120, 30, Right, Concurrent Indicator, No, Arthroplasty, glenohumeral joint; total shoulder (glenoid and proximal humeral replacement (eg, total shoulder)), 23472, 03/01/23 9:30:00 CST | | | |
| Review Information: | | | |
| Doctor Cosign: Not Required | | | |
| Order Comment: | | | |

| | | | |
|---|---|---|---|
| Report Request ID: | 63297393 | 0218295 | 2103024507 |
| Print Date/Time: | 3/20/2023 12:00 CDT | **GLEASON, KELLY JOE-NOAH** | |
| | | Stull, Douglass MD | |
| | | 10/21/1959   63 years    Male | 3/1/2023 |



## ORTHOKANSAS AFFILIATE OF LMH
6265 Rock Chalk Drive
Suite 1500
Lawrence, KS 66049-

**Office/Clinic Provider Documentation**

Cervical Spine ROM: full and painless
Axial Compression test: negative bilaterally

### Shoulder Physical Exam:
Evaluation of the right shoulder shows the skin to be intact. No deformity seen. Incision is healed with no signs or symptoms of infection. Suture is in place. Active range of motion is intact at the elbow, hand and wrist. Neurologically and vascularly intact. Noted edema distally from mid upper arm down to the hands.

### Diagnostic Impression/Findings
2 Views of the right shoulder were ordered, 10 reviewed in clinic today. These images show postoperative changes consistent with a reverse total shoulder arthroplasty. Hardware is in good alignment. The shoulder is located. No other acute osseous findings are noted, soft tissue windows are otherwise unremarkable.

### Assessment/Plan
History of shoulder surgery Z98.890
  **IMPRESSION:** Status post right reverse total shoulder arthroplasty performed on 03/01/2023.

  **PLAN:** Sutures were removed and Steri-Strips placed. Advised continued use of the sling for the next 3 weeks. It is okay for him to come out of the sling while at rest but otherwise should remain in the sling at other times. Follow-up in 3 weeks to begin pulley exercises. I did review with the patient his edema that he has in his arm pointing out that he needs to increase using it throughout the day and coming out of the sling a bit more which should improve the overall appearance of his arm and the tightness that he is experiencing.

This note was dictated in part using Voice Recognition. It may contain unintended or unrecognizable text which was not found during editing.
Patient was seen today independently in clinic by Leighton Miller, APRN-BC.

### Goals
No goals documented

The E/M selection for this visit was based on Medical Decision Making. This included ordering and reviewing tests as appropriate, reviewing any relevant history, and collaboration with the patients other healthcare providers as needed.

Total number of minutes dedicated to this patients care on this date of service were not used due to Medical decision making being preferred.

*[Electronically Signed on: 03/10/23 04:28 PM]*

Miller, Leighton NP

*[Electronically Signed on: 03/10/23 05:01 PM]*

Stull, Douglass MD

| | |
|---|---|
| Report Request ID: | 63297391 |
| Print Date/Time: | 3/20/2023 11:59 CDT |

meperidine (Heat rash)

**Social History**
Alcohol
  None, 02/17/2023
Substance Abuse
  None, 02/17/2023
Tobacco
  Never smoker, 10/13/2022

**Family History**
Not applicable

**Nursing Assessments**

**Suicide/Safety Screening (this visit):**

**Currently feels safe in home:** Yes
**Thoughts of harming self or others:** No

**Thoughts:** No

**Pain Assessment**
Pain Score (0 - 10): 0
Pain Scale Used: 0-10 Pain scale
Pain Symptoms Admit: Denies pain

0218295                                           2103234083
**GLEASON, KELLY JOE-NOAH**

Miller, Leighton NP                               Exam A1
10/21/1959 63 years    Male                       3/10/2023