

FILED
FEB 06 2024
Clerk, U.S. District Court
By: N. Camp  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Gleason, Noah )
)
Plaintiff(s), )
)
v. )  Case No. 24-4013
)
Zmuda, Jeff et. al. )
)
)
Defendant(s) )

## DESIGNATION OF PLACE OF TRIAL
## REQUEST FOR TRIAL BY JURY

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☑ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 2-6-24
(Rev. 10/15)

6