Gleason
2150 E 25th terr. D
Lawrence, KS. 66046



KANSAS CITY
22   FEB   2024

Clerk
US District Court
444 SE Quincy, Rm 490
Topeka, KS. 66683