Noah Gleason

2150 E 25th terr. D

Lawrence, KS 66046



## UNITED STATES DISTRICT COURT OF KANSAS

Noah Gleason,    Plaintiff,

V                                                    Case No. 24-CV- 0413

Jeff Zmuda, et;al.,  Defendants.

### MOTION FOR APPOINTMENT OF QUALIFIED FEDERAL COURT COUNSEL

Plaintiff, Noah Gleason, moves the court to appoint counsel in this United State District Court case and submits the following in support there of:

Plaintiff is disabled and is on social security, is not capable to understanding and navigating federal court procedure, and can not afford an attorney to represent him.

Plaintiff has relied on his daughter to assist him up to this point, including, preparing his petition, and paying the filing fee, however, she is limited in legal knowledge, and does not have the means to assist plaintiff with retaining counsel.

Plaintiff request that counsel be appointed to assist in the matter. Assuring, that procedure is properly followed, and plaintiff does not have to try to argue a legal case with many paid attorneys on staff for the defendants.

Wherefore, Plaintiff respectfully request that the court grant his motion.

*[Signature]*
2-26-24

Gleason
2150 E 25th terr. D
Lawrence, KS. 66046



Clerk
US District Court
444 SE Quincy, Rm 490
Topeka, KS. 66683