Noah Gleason

2150 E 25th terr D

Lawrence, KS 66046



## UNITED STATE DISTRICT COURT OF KANSAS

Noah J Gleason,    Plaintiff,

v.                              Case No. 24-4013

Jeff Zmuda, et; al.    Defendants.

### MOTION FOR LEAVE TO SUBMIT EXHIBITS

Plaintiff, filed the above case on February 6, 2024, that included exhibits marked, (**Doc.1**) through (**Doc.7**), totaling (**17 pages**).

The court returned the exhibits to plaintiff with instruction to redact identifying information contained in some of the exhibits.

Plaintiff has redacted identifying information and submits exhibits marked (**Doc.1, 2, 3, 4, 5, 6, and 7, attached**) for the record.

Plaintiff