Correct Care Solutions
Kansas Department of Corrections
Medical Classification Report
Pulhex



Page # 1

Inmate Name: _____                           KDOC#: 75630
Birth Date: 10/21/_____          Sex: male           Race: Caucasian
Evaluation Date: 11/23/2004           Time: 9:03 AM       Location: Lansing Corr. Fac.-Medium

## Part I

$\dfrac{P}{2} \quad \dfrac{U}{2} \quad \dfrac{L}{2} \quad \dfrac{H}{1} \quad \dfrac{E}{1} \quad M\text{-}\dfrac{X}{2}$

HX OF CHRONIC BACK PAIN
Comments: NO LAWN / WEED / SNOW CREW
NO STAIRS CLIMBING. NO MACHINARY OPERATIVE WORK
RECOMMENDATION OF LIGHT DUTY JOB
Patient is to be placed on bottom bunk only.

## Part II

*Limitations: (Denote specific physical activities which should be restricted.)  See Physical Limitations Termination

Limitation Terminology:

Restrict assignment requiring prolonged crawling, stooping, running, walking or standing

Restrict assignment requiring strenuous physical activity for periods in excess of 1 hrs.

Restrict assignment requiring handling/lifting heavy materials in excess of 10 lbs. or requiring overhead work for a period in excess of

Restrict assignment where sudden loss of consciousness would be dangerous to self or others ie: working on scaffolding, driving a vehicle, or working near moving machinery.

*Assignment limits not otherwise described herein will be noted as required by specific debility.

Medical Applications:

Vascular insufficiency, low back pathology/arthritis, orthopedic problems of lower extremities.

Arthritis, musculoskeletal disorder; or other orthopedic problems of the upper extremities with restricted motion.  Cervical disc disease.

Recurrent shoulder dislocation.

Epileptic disorder cerebral dysrhythmia of any type; other disorders producing syncopal attack: or severe vertigo, such as meniere's syndrom

*Any significant functional assignment limitation not specifically identified elsewhere.  This would  include physical conditions which may b inherent in any mental illness or mental retardation.

Examined by:


Ky Hoang MD                                                   11/23/2004
                                                              Date