


Doc: 3

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date: JUN - 3 2022

To: Gleason, Noah #75630 OCF

Subject: Grievance dated 5/12/22, CE22649

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by L. Broadie, Centurion is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
Offender
CMI A. Rion
L. Broadie, Centurion

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

RECEIVED
MAY 16 2022
EDCF-SEU

Inmate's Name **Gleason, Noah**  Number **75630**
Facility **OCF**  Housing Unit **149**  Work Detail **Y.P.**

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I've had an IVF blood filter since 1999, and it was supposed to be removed years ago because there life span is limited and can be dangerous if left in. In 2017, KDOC, HCP, told me that they were going to get it removed at KU Med. center in KC, where it was placed in me. However, at that time I was at LCF, in July 2017, and instead of taking me to KU before, I was transferred to OCF in November 2017. I've brought this up at my yearly check up, without results. In October 2021, at my check-up, the HCP said I would be sent to KU to get (filter) out but, after not hearing for five months, I asked the HCP again, and was told they were going to resubmit request because there was no response. Again, on May 3, 2022 I sent a request after another three months. It was returned May 4, 2022, stating there was NO RESPONSE. I leave KDOC in June 2022, and this needs completed before that!

Date this report was given to Unit Team for informal resolution (to be completed by inmate). **MAY 12, 2022**

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

*Response Attached:*

_____  _____
Unit Team Signature   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). **05-17-2022**

_(signature)_  **5-17-22**
Inmate Signature   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received **MAY 27 2022**   Date of Final Answer **JUN - 3 2022**   Date Returned to Inmate _____

_____  Date   Unit Team Signature   Date
Inmate's Signature
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number  **CE22649**   RECEIVED

Type of Complaint (Item 4: Code 01-75) **02**



6220 SW 29th Street
Suite 200
Topeka, Kansas 66614

May 16, 2022

Gleason #75630

The request has been submitted to the Centurion Regional Office for evaluation and possible removal of said device. We are waiting for approval before we can schedule you with a vascular surgeon at KU medical center but once the approval has been received then the appointment will be scheduled. You will be notified when we have more information.

Sincerely,
L. Broadie, RN
Centurion Medical Staff

1-833-996-2234                                                                                    CenturionManagedCare.com

2.

ATTACHED TO: GLEASON, NOAH J. #0075630; PERSONAL INJURY CLAIM; JUNE 3, 2022.

in high blood pressure and stress on my heart beyond normal. The health service administrator, Sarah Madgwick, admits in her June 3, 2022 response to my grievance that KDOC HCP have known all along, in fact, they were provided a detailed medical record from KU medical center with the scope of my medical disabilities and the instrumentation and device in my body, that is in my KDOC HCP medical records and has been from starting my incarceration.

KDOC HCP can not merely state that they knew about the device all along and had discussed it multiple times over the years but did nothing when this could have been done without putting me at greater risk of a far more dangerous and possibly fatal position.

I've attached a copy of KDOC HCP response to my May 12, 2022 grievance to this injury claim form. It is absolutely unacceptable:

1. I this issue and means to address it when I came to KDOC custody and was denied treatment from day one.
2. KDOC HCP knew, or should have known that the device needed to be removed safely within a few years of placement, but failed to do so.
3. Now, KDOC HCP says Mr. Gleason is being released and they don't have time to address it.
4. KDOC HCP says Mr. Gleason will need follow up with a vascular surgeon after release.
5. I had means for this but do not have after being incarcerated for so long, so how does the KDOC and HCP expect me to pay for it now.
6. It is far more dangerous now than if KDOC HCP provided timely care.
7. There has been far more stress on my heart than normal due to negligents.
8. The KDOC staff stated, I could not use my health care, I had to rely on KDOC HCP. KDOC is responsible for this negligents by their provider.

AUTHORIZED RELEASE FOR MEDICAL RECORDS

I, Noah J. Gleason, herein agree to release "all and complete" medical records held by KDOC HCP and that may effect KDOC administrative staff and/or KDOC legal counsel ability to review those records and make an informed conclusion and determination in this matter.

_____
Authorized Signature

Signed and sworn before me on the   6   day of   June   , 2022,

in the County of Labette, State of Kansas, my commission expires on:

   3-31-26   , Seal:

NOTARY PUBLIC - State of Kansas
ROBERT A. BRILL
My Appt Expires 3/31/26

_____
Notary Public Signature