EL DORADO CORRECTIONAL FACILITY-SEU
CENTURION


Doc: 4

## INTERDEPARTMENTAL MEMORANDUM

DATE: 3 June 2022

**SUBJECT:** Grievance
**INMATE:** Noah Gleason #75630
**FROM:** Sarah Madgwick, LCMFT Health Services Administrator

**NATURE OF COMPLAINT:** Mr. Gleason complains he has had a medical device, (IVF) blood filter since 1999. Mr. Gleason complains he discussed having the IVF removed when he was at LCF in 2017 and that it was approved. Mr. Gleason complains he was moved from LCF to OCF before the device could be removed at KU Med Center. Mr. Gleason complains he has asked to have the device removed at each annual health assessments he has had.

**FINDING OF FACT:** Mr. Gleason has reported the device being present in several encounters. Per file review, minimal discussion was had regarding the device prior to him moving to OCF. Per file review, minimal discussion was had regarding the device in any of the annual health assessments. A recommendation was submitted for removal of the device on 5.5.22. On 5.18.22, the recommendation was denied and it was recommended the HCP submit a Rubicon consult to vascular surgery to determine if filter removal is appropriate. Mr. Gleason is scheduled to release by 6.15.22.

**CONCLUSIONS MADE:** Mr. Gleason may be a candidate for removal of the device. However, a consult with vascular surgeon will not be able to be scheduled and completed prior to his release. Mr. Gleason will need to follow up with a provider in the community upon his release.

**ACTION TAKEN:** None.

_Sarah Madgwick, LCMFT  HSA_
Sarah Madgwick, LCMFT – Health Services Administrator EDCF

Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

## Section I

| Filed AT Facility No.: KDOC #68 | Facility Initials: OCF:Oswego |
|---|---|
| Filed AGAINST Facility No.: KDOC | Facility Initials: RDU, HCF, LCF, OCF. |

(Refer to PLC coding manual for facility no. & initials)

**Name of Claimant (Last, First, MI):** GLEASON, NOAH J.

**KDOC Number:** 0075630

**Type of Claim (circle one):** Lost Property   Damaged Property   Injury XX

**Amount of Claim:** $1,000,000

**Date of Loss Damage, or Injury (MO/DAY/YR):** June 3, 2022

**Where Loss, Damage, or Injury Occurred:** During incarceration from Sept, 2002 through 2022.

**If occurred in cellhouse, enter cellhouse/room number:** At all KDOC clinic/HCP I've seen.

**Otherwise, circle one of the following:** Mailroom   R&D   Central Property   Laundry   Gym   Dining Room   Other Location XX

**NATURE OF CLAIM** (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): I had an (IVF) blood filter in 1999. I came to KDOC in Sept. 2002. I told KDOC HCP that the filter was to be removed in Oct. 2002, and I had the appointment and insurance to do it already planned through my nurse/wife. The HCP told me they would not permit that but, they would provide me the care to get it done. I brought it up many, many times to nurse's, Dr. Hoang, Dr. Saffo, Dr. Mumford, all at LCF, and to two NP's and Dr. Harrod at OCF. HCP/medical told me from the start it would be removed, even going so far to tell me several times it was being sceduled for 20 yrs. now. However, they didn't, and now the filter, which can be dangerous anyway, is way past its life span, embedded in me, restricting blood flow resulting

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

**Claimant Signature:** /s/ Noah Gleason

**Date:** June 6, 2022

**Received from Resident/Claimant:** Date:    Time:

**UT Name (print):**    **UT Signature:**    **Claimant Initials:**

## Section II

**Received by Warden/Superintendent on (MO/DAY/YR):**    **Facility Log No. Assigned:**

**Inquiry Report:**

**Date (MO/DAY/YR):**   **Investigator Name (print):**   **UT Member or Investigator Signature:**

## Section III

From: Noah J Gleason
      2712 University Dr.
      Lawrence, KS. 66049

Date: June 6, 2022

To: KDOC Administartive Operations,
    1. EDCF Warden Williams
    2. Sec. Jeff Zmuda 714 SW Jackson Ste. 300 Topeka, KS. 66603

RE: Enclosed personal injury claim; Grievance; Address change.

Dear Sirs:

 I've enclosed my grievance initiated May 12, 2022, against KDOC HCP, along with the Service Administrator, Sarah Madgwick's June 3, 2022 response.

 I've enclosed a copy of my injury claim as well.

 Please note: I have been released an request that all correspondence to address this issue be directed to me at:

                                        Noah Gleason
                                        2712 University Dr.
                                        Lawrence, KS. 66049


 I appreciate your cooperation and prompt response.

                                        Respectfully,
                                        Noah Gleason

cover letter