# AFTER VISIT SUMMARY

 Doc: 5

 THE UNIVERSITY OF KANSAS HEALTH SYSTEM

DoB: 10/21/

📅 7/1/2022  1:30 PM   📍 Cardiology: Corporate Medical Plaza, Building 3  913-588-9600

Thank you for choosing The University of Kansas Hospital for your healthcare needs.

---

**Instructions** from Abdulrahman Morad, MD
Your personalized instructions can be found at the end of this document.

**Referrals made today**

AMB REFERRAL TO ADULT CARDIOLOGY:INTERVENTIONAL CARDIOLOGY (Siri Neelati, MD)
Where: Cardiology: Center for Advanced Heart Care
Phone: 913-588-9600
Expires: 7/1/2023 (requested)

PV VENOUS LOWER EXTREMITY BILATERAL
Expires: 7/1/2023 (requested)

PV IVC/ILIAC VEIN COMPLETE
Expires: 7/1/2023 (requested)

2D + DOPPLER ECHO
Expires: 7/1/2023 (requested)

REGADENOSON MPI STRESS TEST
Expires: 7/1/2023 (requested)

CT LMTD CHEST W CARDIAC
Expires: 7/1/2023 (requested)

CT CARDIAC CALCIUM SCORE WO CONT
Expires: 7/1/2023 (requested)

REQUEST FOR CARDIOLOGY APPOINTMENT
Expires: 7/1/2023 (requested)

HOLTER WEARABLE ECG MONITOR CONNECT + SCAN
Expires: 7/1/2023 (requested)

**Labs ordered today**

BNP (B-TYPE NATRIURETIC PEPTI)
Please complete by or around 7/1/2022
Must be done by 7/1/2023

CBC
Please complete by or around 7/1/2022
Must be done by 7/1/2023

COMPREHENSIVE METABOLIC PANEL
Please complete by or around 7/1/2022
Must be done by 7/1/2023

HEMOGLOBIN A1C
Please complete by or around 7/1/2022
Must be done by 7/1/2023

LIPID PROFILE

---

**Today's Visit**

You saw Abdulrahman Morad, MD on Friday July 1, 2022 for: New Patient.
The following issues were addressed:
- Presence of IVC filter
- Bilateral edema of lower extremity
- Palpitations
- DOE (dyspnea on exertion)
- Screening for heart disease

Blood Pressure: 112/64
BMI: 28.79
Weight: 206 lb 6.4 oz
Height: 5' 11"
Pulse: 71

**Done Today**

ECG 12-LEAD for Presence of IVC filter, Bilateral edema of lower extremity

**MyChart**

Send Messages to your doctor, view your test results, renew your prescriptions, and more.
Go to: **https://mychart.kansashealthsystem.com/**, click **"Sign Up Now"**, and enter your personal activation code:
**9QQ7H-Z8ZM9-JW3FB**
Expires: 8/13/2022 10:27 AM

---

Instructions (continued) from Abdulrahman Morad, MD

Please complete by or around 7/1/2022
Must be done by 7/1/2023

LIPOPROTEIN A
Please complete by or around 7/1/2022
Must be done by 7/1/2023

PROTIME INR (PT)
Please complete by 7/1/2022
Must be done by 7/1/2023

PTT (APTT)
Please complete by or around 7/1/2022
Must be done by 7/1/2023

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies
No active allergies

If you're thinking about suicide, are worried about a friend or loved one, or would like emotional support, the Lifeline network is available 24/7 across the United States.

Suicide Prevention Lifeline - 1-800-273-8255 - a national line answered by mental health professionals.

In Spanish - 1-888-628-9454
TTY - 1-800-799-4889
Crisis Text Line-Text HOME to 741741

Your Medication List as of July 1, 2022  2:06 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **amLODIPine** 5 mg tablet<br>Commonly known as: NORVASC | Take 5 mg by mouth daily. |
| **aspirin EC** 81 mg tablet | Take 81 mg by mouth daily. Take with food. |