DOB: 10/21/    (62 yo M)   Acc No. 140817   DOS: 07/07/2022

Doc: 6

Progress Notes

Patient:
Account Number: 140817
DOB: 10/21/    Age: 62 Y   Sex: Male
Phone: 785-840-6389
Address: 2712 UNIVERSITY DR, LAWRENCE, KS-66049

Provider: Clare Kuhn, APRN-C
Date: 07/07/2022

## Subjective:

### Chief Complaints:
1. NP, CARDIOLOGY ISSUES. 2. Pt c/o R leg swelling and swollen Greenfield filter. Pt notes tingling in hands..

### HPI:
Depression Screening:
   PHQ-2 (2015 Edition)
      Little interest or pleasure in doing things? *Not at all*
      Feeling down, depressed, or hopeless? *Not at all*
      Total Score  0

History of Present Illness:
   Patient here for complaint of swelling in right lower leg. Has been going on for years.
   Has greenfield filter in place right upper quadrant 1999 after MVA with multiple traumatic fractures.
   This was placed in KU.
   Now having pain in right upper quadrant and edema that has gradually worsened in right lower leg.
   He consulted with Cardiologist at KUMC for this recently and had extensive workup ordered there including
Echo, Stress Test, Venous Doppler, CT Chest, Holter Monitor and Interventional Cardiology consult.
   He says the filter was supposed to be removed years ago but was not as he was incarcerated at the time.
   He does not currently have health insurance and is concerned about the cost of these extensive studies.

**Medical History:** Medical History Verified.

**Surgical History:** greenfield filter 1999, thoratic fusion 1999, plating of left radius 1999, placement of right radial arterial line 1999.

**Family History:** Non-Contributory.

**Social History:**
  .Social History:
      Alcohol: none.
      Tobacco: none.

**Medications:** Taking Aspirin 81 81 MG Tablet Chewable 1 tablet Orally Once a day, Taking amLODIPine Besylate 5 MG Tablet 1 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Temp **97.8 F**, HR 49 /min, BP **124/82 mm Hg**, Ht 69.5 in, Wt **205 lbs**, Wt-kg 92.99 kg, BMI 29.84 Index, RR **14**, Oxygen sat % 98 %, Ht-cm 176.53 cm.

### Examination:
General Examination:
   GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
   HEAD: normocephalic, atraumatic.
   EYES: extraocular movement intact (EOMI), pupils equal, round, reactive to light and accommodation.
   HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
   LUNGS: clear to auscultation bilaterally, good air movement.
   CHEST: no gross rib deformity , clear to auscultation and percussion , No musculoskeletal

tenderness, unable to reproduce pain with A/P or lateral rib cage compression..
EXTREMITIES: 1+ pitting edema lower extremities RLE, thick, rope like varicosities RLE.
NEUROLOGIC: nonfocal, cerebellar function normal, cranial nerves 2-12 grossly intact, gait normal.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam, good eye contact, mood/affect full range.

## Assessment:

**Assessment:**

1. Edema of right lower extremity - R60.0 (Primary)
2. Right-sided chest pain - R07.9
3. Hypertension, unspecified type - I10
4. Greenfield filter in place - Z95.828

## Plan:

**1. Edema of right lower extremity**
Imaging: US Ext Venous Bilateral - Lower

**2. Right-sided chest pain**
LAB: CBC (INCLUDES DIFF/PLT) - SC:6399
LAB: COMPREHENSIVE METABOLIC PANEL - SC:10231
LAB: B TYPE NATRIURETIC PEPTIDE (BNP) - SC:37386
LAB: LIPID PANEL SC:7600
LAB: HEMOGLOBIN A1C - SC:496
LAB: Partial Thromboplastin Time (aPTT)
LAB: PROTHROMBIN W/INR + PARTIAL THROMBOPLASTIN TIMES-SC:4914

**3. Hypertension, unspecified type**
Start amLODIPine Besylate Tablet, 5 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 0 .

**Procedure Codes:** 85025 COMPLETE CBC W/AUTO DIFF WBC, Z0303 CBC (DIFF/PLT) - SC:6399, Z0310 COMP METAB PNL - SC:10231, 80053 COMPREHEN METABOLIC PANEL, Modifiers: 90 , Z0207 BNP -SC:37386, 83880 NATRIURETIC PEPTIDE, 80061 LIPID PANEL, Modifiers: 90 , Z1209 LIPID PANEL -SC:7600, 83036 GLYCATED HEMOGLOBIN TEST/A1C..., Modifiers: 90 , Z0811 HEMOGLOBIN A1C - SC:496, Z1620 Prothrombin W/Inr + PTT -SC:4914, 85610 PROTHROMBIN TIME, Modifiers: QW , 85610 PROTHROMBIN TIME, Modifiers: 90 , 36415 VENIPUNCT, ROUTINE*

**Follow Up:** 4 Weeks (Reason: Cardiology Workup)

## Billing Information:

**Visit Code:**
99204 Office Visit, New Pt., Level 4.
**Procedure Codes:**
85025 COMPLETE CBC W/AUTO DIFF WBC.
Z0303 CBC (DIFF/PLT) - SC:6399.
Z0310 COMP METAB PNL - SC:10231.
80053 COMPREHEN METABOLIC PANEL. Modifiers: 90
Z0207 BNP -SC:37386.
83880 NATRIURETIC PEPTIDE.
80061 LIPID PANEL. Modifiers: 90
Z1209 LIPID PANEL -SC:7600.
83036 GLYCATED HEMOGLOBIN TEST/A1C.... Modifiers: 90
Z0811 HEMOGLOBIN A1C - SC:496.
Z1620 Prothrombin W/Inr + PTT -SC:4914.
85610 PROTHROMBIN TIME. Modifiers: QW
85610 PROTHROMBIN TIME. Modifiers: 90
36415 VENIPUNCT, ROUTINE*.

---

**Provider:** Clare Kuhn, APRN-C