# UNITED STATES DISTRICT COURT FOR KANSAS

FILED
MAR 14 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

Noah Gleason,    Plaintiff,

v.                Case No. 5:24-cv-0413

Jeff Zmuda, et al;  Defendants.

## PROOF OF SERVICE OF SUMMONS

Plaintiff, Noah Gleason, submits the attached copies of certified mail receipt and tracking number.

For proof of service of summons to:

Jeff Zmuda 714 SW Jackson, Topeka, KS. 66603

Kansas Department of Corrections 714 SW Jackson, Topeka, KS. 66603

Kansas Attorney General 120 SW 10th Ave. 2nd Floor, Topeka, KS. 66612

Respectfully placed in the U.S. Mail to the United States District Court For Kansas, by plaintiff on March 6th 2024.

_____

Noah Gleason, Plaintiff

1

```
     Use Tracking # for inquiry on Return
                Receipt (Electronic).

     Text your tracking number to 28777 (2USPS)
     to get the latest status. Standard Message
     and Data rates may apply. You may also
     visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

     In a hurry? Self-service kiosks offer
     quick and easy check-out. Any Retail
            Associate can show you how.

     For Return Receipt (by email), visit
     USPS.com, click on Track & Manage and
     enter Tracking number; click on drop-down
     arrow under Return Receipt Electronic;
     enter name and email address and click on
                    Request Email.

                  Preview your Mail
                 Track your Packages
                 Sign up for FREE @
             https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
             Thank you for your business.

           Tell us about your experience.
      Go to: https://postalexperience.com/Pos
      or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.


UFN: 195017-0583
Receipt #: 840-56400949-1-6195202-2
Clerk: 13
```



**Receipt 1:**
Topeka, KS 66603
Certified Mail Fee: $4.40
Postage: $1.87
Total Postage and Fees: $6.37
Sent To: Jeff Zmuda Sec
Street: 714 SW Jackson
City: Topeka 66603
Date: 03/05/2024

**Receipt 2:**
Topeka, KS 66603
Certified Mail Fee: $4.40
Postage: $1.87
Total Postage and Fees: $6.37
Sent To: Ks Dept of Correct
Street: 714 SW Jackson
City: Topeka 66603
Date: 03/05/2024

**Receipt 3:**
Topeka, KS 66612
Certified Mail Fee: $4.40
Postage: $1.87
Total Postage and Fees: $6.37
Sent To: Kansas Attorney General
Street: 120 SW 10th Floor 2
City: Topeka 66612
Date: 03/05/2024

2

From: Noah Gleason

Date: March 6 2024

RE Case: 5:24cv0413

To: Clerk of the Court

Please find the proof of summons service I've enclosed.

I spoke with you via phone call March 5th 2024 and I hope this is verification that will work.

Thank you
Noah Gleason

Gleason
2150 E 25th terr, D
Lawrence, Ks. 66046



KANSAS CITY 640
6 MAR 2024 PM 2 L

RECEIVED
MAR 14 2024
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

U.S. District Court for Kansas
Clerk, 444 SE Quincy #490
Topeka, Ks. 66683

66683-358799