| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>FILED |
| 1. Article Addressed to:<br><br>Noah Joe Gleason<br>2150 E 25th Ter. Apt. D<br>Lawrence, KS 66046 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 18 2024<br><br>Clerk, U.S. District Court<br>By _____ Deputy Clerk |
| [barcode]<br><br>2. Article | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature   Mail™<br>...<br>☐ Insured Mail   ☐ Signature Confirmation™<br>Mail Restricted Delivery   ☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053   24-4013-DE 8 | Domestic Return Receipt |

