From: Noah J.K. Gleason

Date: March 15, 2024

RE: Case # 5 24 CV 04013
     Phone Conversation 11 AM 3/15/24
     Clerk: Nicole

FILED

MAR 18 2024

Clerk, U.S. District Court
By: _____ Deputy Clerk

I've enclosed the redactions on the pages
we talked about: Front page Doc 2, Front
Page Doc 5, and all page's Doc 6.

Also, the tracking for received certified
mail to Defendants.

Thank you!



Help

**Product Tracking & Reporting**

Home      Search      Reports      Manual Entry      Rates/           PTR / EDW      Customer           Mark is sent
                                                    Commitments                      Information

## USPS Tracking Intranet

## Delivery Signature and Address

 On 2/17/2024, a defect was introduced that impacts customer signature images sent to PTR, tracked by USPS Incident 8430556.

A fix was installed on 3/7 and missing images are currently being replayed; all missing signatures are expected to be available for use in POD and RRE letters no later than 3/19.

Once complete, POD and RRE letters will include the signature image.

Customers who consume POD and / or RRE letters in bulk via the BPOD program may elect to re-request individual letters via USPS.com Tracking, or may work with USPS to have a BPOD replay processed.

Tracking Number: 9589 0710 5270 0441 4070 21

This item was delivered on 03/12/2024 at 12:33:00

< Return to Tracking Number View

Enter up to 35 items separated by commas.

Select Search Type:      Quick Search      ⌄          Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1710264780000&signatureLabelId=52...      1/1

Gleason
2150 E 25th tern D
Lawrence KS 66046



**RECEIVED**

**MAR 18 2024**

**CLERK U.S. DIST. COURT**
**TOPEKA, KANSAS**

US District Ct. for Kansas
Clerk: Nicole
444 SE Quincy
Topeka, 66683

66683-351015