From: Noah J.K. Gleason

Date: March 15, 2024

RE: Case # 524 CV 04013
    Phone Conversation 11 AM 3/15/24
    Clerk: Nicole

FILED
MAR 18 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

I've enclosed the redactions on the pages we talked about: Front page Doc 2, Front page Doc 5, and all page's Doc 6.

Also, the tracking for received certified mail to Defendants.

Thank you!

/s/ Noah Gleason

# Product Tracking & Reporting



Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information        March 15, 2024

## USPS Tracking Intranet
### Delivery Signature and Address

⚠ On 2/17/2024, a defect was introduced that impacts customer signature images sent to PTR, tracked by USPS incident 8430556.

A fix was installed on 3/7 and missing images are currently being replayed; all missing signatures are expected to be available for use in POD and RRE letters no later than 3/19.

Once complete, POD and RRE letters will include the signature image.

Customers who consume POD and / or RRE letters in bulk via the BPOD program may elect to re-request individual letters via USPS.com Tracking, or may work with USPS to have a BPOD replay processed.

Tracking Number: 9589 0710 5270 0441 4070 07

This item was delivered on 03/12/2024 at 14:08:00

< Return to Tracking Number View



> 714 Jackson
> Topeka KS

Enter up to 35 items separated by commas.

Select Search Type:  Quick Search  ⌄   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.2.2-b26a9ad8

Gleason
2150 E 25th tern D
Lawrence KS 66046



RECEIVED

MAR 18 2024

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

US District Ct. for Kansas
Clerk: Nicole
444 SE Quincy
Topeka, 66683

66683-351015