From: Noah J.K. Gleason

Date: March 15, 2024

RE: Case # 5 24 CV 04013
Phone Conversation 11 AM 3/15/24
Clerk: Nicole

FILED
MAR 18 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

I've enclosed the redactions on the pages we talked about: Front page Doc 2, Front page Doc 5, and all page's Doc 6.

Also, the tracking for received certified mail to Defendants.

Thank you!

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rated Constituents    PTR / EDW    Customer Information     March 15, 2024

## USPS Tracking Intranet

### Delivery Signature and Address

 On 2/17/2024, a defect was introduced that impacts customer signature images sent to PTR, tracked by USPS Incident 8430556.

A fix was installed on 3/7 and missing images are currently being replayed; all missing signatures are expected to be available for use in POD and RRE letters no later than 3/19.

Once complete, POD and RRE letters will include the signature image.

Customers who consume POD and / or RRE letters in bulk via the BPOD program may elect to re-request individual letters via USPS.com Tracking, or may work with USPS to have a BPOD replay processed.

Tracking Number: 9589 0710 5270 0441 4070 14

This item was delivered on 03/12/2024 at 14:08:00

< Return to Tracking Number View





Enter up to 35 items separated by commas.

Select Search Type:   Quick Search  ⌄     Submit

Gleason
2150 E 25th tern D
Lawrence KS 66046



**RECEIVED**

**MAR 18 2024**

**CLERK U.S. DIST. COURT**
**TOPEKA, KANSAS**

US District Ct. for Kansas
Clerk: Nicole
444 SE Quincy
Topeka, 66683

66683-351015