## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NOAH JOE GLEASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 24-4013-EFM-RES** |
| | ) |
| **JEFF ZMUDA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel for

Defendants Jeff Zmuda and the Kansas Department of Corrections.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of March, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Noah Joe Gleason
2150 E 25th Ter. Apt D
Lawrence, KS 66046
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General