IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NOAH JOE GLEASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 24-4013-EFM-RES |
| | ) |
| **JEFF ZMUDA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Jeff Zmuda and the Kansas Department of Corrections, should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by these Defendants. Defendants' answer or other responsive pleading is originally due April 2, 2024. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before April 16, 2024.

Dated this 28th day of March, 2024.

Clerk of the United States District Court
for the District of Kansas

By: s/ N. Coop
Deputy Clerk

1

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Noah Joe Gleason
2150 E 25th Ter. Apt D
Lawrence, KS 66046
*Plaintiff, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General